IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JANET J. VOBORIL, deceased; CHARLES VOBORIL, son; UNKNOWN HEIRS, EXECUTORS, ADMINISTRATORS, DEVISEES, TRUSTEES, LEGATEES, CREDITORS, AND ASSIGNEES OF SUCH OF THE DEFENDANTS AS MAY BE DECEASED, UNKNOWN SPOUSES OF THE DEFENDANTS, UNKNOWN STOCKHOLDERS, OFFICERS, SUCCESSORS, TRUSTEES, CREDITORS AND ASSIGNEES OF SUCH DEFENDANTS AS ARE EXISTING, DISSOLVED OR DORMANT CORPORATIONS, UNKNOWN EXECUTORS, ADMINISTRATORS, DEVISEES, TRUSTEES, CREDITORS, SUCCESSORS AND ASSIGNEES OF SUCH DEFENDANTS AS ARE OR WERE PARTNERS OR IN PARTNERSHIP, UNKNOWN GUARDIANS, CONSERVATORS AND TRUSTEES OF SUCH OF THE DEFENDANTS AS ARE MINORS OR ARE IN ANY WAY UNDER LEGAL DISABILITY, UNKNOWN HEIRS, EXECUTORS, ADMINISTRATORS, DEVISEES, LEGATEES, TRUSTEES, CREDITORS AND ASSIGNEES OF ANY PERSON ALLEGED TO BE DECEASED AND MADE DEFENDANTS AS SUCH, and MICHELLE J. CHAFFEE, DIRECTOR OF THE OFFICE OF PUBLIC GUARDIAN, AS GUARDIAN FOR CHARLES VOBORIL, Defendants. | 8:17CV346<br><br>**ORDER OF RECUSAL** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in

the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 9th day of January, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge